

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00968-CV

**IN THE ESTATE OF** Patricia M. **RIPLEY**, Deceased

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2018-PC-1990
Honorable Tom Rickhoff, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellees Robert Ripley and Mary Guzman recover their costs of this appeal from appellant John Ripley.

SIGNED September 4, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice